1  Michael E. Hansen [CSBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   BINH LAM

5

6

7        **IN THE UNITED STATES DISTRICT COURT**

8        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,              No. 2:11-CR-00056 LKK

11                          Plaintiff,     **STIPULATION AND ORDER TO
                                           CONTINUE STATUS CONFERENCE,
12      vs.                                AND TO EXCLUDE TIME PURSUANT
                                           TO THE SPEEDY TRIAL ACT**
13  ALEX LIAO, et al.,

14                          Defendants.

15

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff;

18  Michael E. Hansen, attorney for defendant Binh Lam; Matthew Scoble, attorney for defendant

19  Alex Liao; and Dwight Samuel, attorney for defendant Ken Wong, that the previously-

20  scheduled status conference date of December 13, 2011, be vacated and the matter set for

21  status conference on February 28, 2012, at 9:150 a.m.

22       This continuance is requested to allow counsel additional time to review discovery with

23  the defendants, to examine possible defenses and to continue investigating the facts of the case.

24  Additionally, defendant Binh Lam has ovarian cancer, is currently undergoing radiation and

25  chemotherapy treatment and is, therefore, unable to attend the scheduled status conference on

26  December 13, 2011.

27       The Government concurs with this request.

28       Further, the parties agree and stipulate the ends of justice served by the granting of such

1

**Stipulation and Order to Continue Status Conference**

1   a continuance outweigh the best interests of the public and the defendants in a speedy trial and

2   that time within which the trial of this case must be commenced under the Speedy Trial Act

3   should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

4   Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

5   stipulation, December 9, 2011, to and including February 28, 2012.

6           Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

7           IT IS SO STIPULATED.

8   Dated:  December 9, 2011                    Respectfully submitted,

9                                               /s/ Michael E. Hansen
                                                MICHAEL E. HANSEN
10                                              Attorney for Defendant
                                                BINH LAM
11
    Dated:  December 9, 2011                    /s/ Michael E. Hansen for
12                                              MATTHEW SCOBLE
                                                Attorney for Defendant
13                                              ALEX LIAO

14  Dated:  December 9, 2011                    /s/ Michael E. Hansen for
                                                DWIGHT SAMUEL
15                                              Attorney for Defendant
                                                KEN WONG
16
    Dated:  December 9, 2011                    BENJAMIN B. WAGNER
17                                              United States Attorney

18                                              By:  /s/ Michael E. Hansen for
                                                TODD LERAS
19                                              Assistant U.S. Attorney
                                                Attorney for Plaintiff
20

21                              **ORDER**

22          The Court, having received, read, and considered the stipulation of the parties, and

23  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

24  Based on the stipulation of the parties and the recitation of facts contained therein, the Court

25  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

26  itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

27  specifically finds that the failure to grant a continuance in this case would deny defense

28  counsel to this stipulation reasonable time necessary for effective preparation, taking into

2

**Stipulation and  Order to Continue Status Conference**

account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 9, 2011, to and including February 28, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the December 13, 2011, status conference shall be continued until February 28, 2012, at 9:15 a.m.

**IT IS SO ORDERED**.

Dated: December 12, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order to Continue Status Conference**