DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.Com
916-447-1193

Attorney for Defendant
KEN WONG

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-056 LKK |
| ) Plaintiff, ) | AMENDED STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| ALEX LIAO, et al., ) | |
| ) Defendants. ) | |
| _____) | |

    IT IS HEREBY STIPULATED by the parties and through their respective counsel, Todd Leras, Assistant United States Attorney; Dwight Samuel, attorney for defendant Ken Wong, Michael E. Hansen, attorney for defendant Binh Lam and Matt Scoble, attorney for Alex Liao that the previously scheduled status conference date of September 18, 2012, be vacated and the matter set for status conference on October 10, 2012.

    The reason for this request is counsel have been provided plea offers and need time to meet and confer with their clients. Mr Wong in particular requires and interpreter to aid him in the understanding of the offer. In addition the above-named defense counsel need additional time to review discovery, conduct investigation, and/or engage in other defense

1

preparation. The parties further agree and stipulate that the Court shall order the time period from the filing of this stipulation, September 18, 2012, until October 10, 2012 , shall be excluded in computing the time period within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence.

It is further agreed and stipulated that the Court shall find that the ends of justice served in granting the request for this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation in its entirety as its order.

Respectfully submitted,

Dated: September 14, 2012

/s/ Dwight M.. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant Ken Wong

Dated: September 14, 2012

/s/ Mike E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant Binh Lam

Dated: September 14, 2012

/s/Matt Scoble
MATT SCOBLE
Attorney for Defendant Alex Liao

Dated: September 14, 2012        BENJAMIN B. WAGNER
                                  United States Attorney

                            By:   /s/Todd Leras
                                  TODD LERAS

Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 18, 2012, to and including October 10, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the September 18, 2012, status conference shall be continued to October 9, 2012.

IT IS SO ORDERED.

DATED: September 17, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3