JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
ALEX LIAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                             )   Cr.S. 11-056-LKK
         Plaintiff,          )
                             )   **STIPULATION AND ORDER**
    v.                       )
                             )   DATE: May 21, 2013
ALEX LIAO, et al.,           )   TIME: 9:15 a.m.
                             )   JUDGE: Hon. Lawrence K. Karlton
         Defendants.         )
                             )
_____)

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, ALEX LIAO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender,and BINH THU LAM, by and through his counsel, MICHAEL E. HANSEN, that the status conference set for Tuesday, April 9, 2013, be continued to Tuesday, May 21, 2013, at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status

conference hearing, May 21, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: April 5, 2013                   Respectfully submitted,

                                       JOSEPH SCHLESINGER
                                       Acting Federal Defender

                                       /s/ Matthew M. Scoble
                                       MATTHEW M. SCOBLE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ALEX LIAO


                                       /s/ Matthew M. Scoble, for
                                       MICHAEL E. HANSEN
                                       Attorney for Defendant
                                       BINH THU LAM

DATED: April 5, 2013                   BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Matthew M. Scoble for
                                       TODD LERAS
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set April 9, 2013, status conference shall be continued to May 21, 2013, at 9:15 a.m. It is further ordered that the time period from the date of the parties' stipulation, April 5, 2013, through and including the date of the new status conference hearing, May 21, 2013, shall be excluded

from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: April 9, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT