UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

KEN WONG,

        Defendant.
/

NO. CR. S-11-056 LKK

O R D E R

Upon confirmation that the defendant has surrendered as previously ordered by the court, his passport will be surrendered to any member of his family designated by the defendant.

IT IS SO ORDERED.

DATED: May 30, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1