1   Michael E. Hansen [CSBN 191737]
    Attorney-at-Law
2   711 Ninth Street, Suite 100
    Sacramento, CA  95814
3   916.438.7711 FAX 916.864.1359

4   Attorney for Defendant
    BINH LAM
5

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,                  No. 2:11-CR-00056 LKK

11                           Plaintiff,        **STIPULATION AND  ORDER TO
                                               CONTINUE STATUS CONFERENCE,**
12       vs.                                   **AND TO EXCLUDE TIME PURSUANT
                                               TO THE SPEEDY TRIAL ACT**
13  ALEX LIAO, et al.,

14                           Defendants.

15

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and

18  Michael E. Hansen, attorney for defendant Binh Lam, that the previously-scheduled status

19  conference date of June 11, 2013, be vacated and the matter set for status conference on July 9

20  2013, at 9:15 a.m.

21       This continuance is requested to allow counsel additional time to review discovery with

22  the defendant, to examine possible defenses and to continue investigating the facts of the case.

23       The Government concurs with this request.

24       Further, the parties agree and stipulate the ends of justice served by the granting of such

25  a continuance outweigh the best interests of the public and the defendant in a speedy trial and

26  that time within which the trial of this case must be commenced under the Speedy Trial Act

27  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

28  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

                                           1

**Stipulation and Order to Continue Status Conference**

stipulation, June 7, 2013, to and including July 9, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 7, 2013                                    Respectfully submitted,

                                                       /s/ Michael E. Hansen
                                                       MICHAEL E. HANSEN
                                                       Attorney for Defendant
                                                       BINH LAM

Dated: June 7, 2013                                    BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       By: /s/ Michael E. Hansen for
                                                       TODD LERAS
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff


## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 7, 2013, to and including July 9, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is

**Stipulation and Order to Continue Status Conference**

1  further ordered that the June 11, 2013, status conference shall be continued until July 9, 2013,

2  at 9:15 a.m.

3  **IT IS SO ORDERED**.

4  Dated:  June 7, 2013

5  _____
   LAWRENCE K. KARLTON
6  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and Order to Continue Status Conference**