Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
BINH LAM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEX LIAO, et al.,<br><br>                Defendants. | No. 2:11-CR-00056 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Binh Lam, that the previously-scheduled status conference date of July 9, 2013, be vacated and the matter set for status conference on August 13, 2013, at 9:15 a.m.

This continuance is requested to allow counsel additional time to negotiate a disposition.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

1

**Stipulation and Order to Continue Status Conference**

stipulation, July 5, 2013, to and including August 13, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: July 5, 2013                                         Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
BINH LAM

Dated: July 5, 2013                                         BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, July 5, 2013, to and including August 13, 2013, shall be excluded from computation of time within which the

//

//

2

**Stipulation and Order to Continue Status Conference**

trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the July 9, 2013, status conference shall be continued until August 13, 2013, at 9:15 a.m.

**IT IS SO ORDERED**.

Dated: July 8, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

**Stipulation and Order to Continue Status Conference**